FILED
UNITED STATES DISTRICT
DENVER, COLORADO

JUN 2 5 2007

GREGORY C. LANGHAM
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 96-cr-00172-ZLW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LORENZO LEVI,

        Defendant,

and

CITY OF FARMINGTON,

        Garnishee.

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

Plaintiff, United States of America, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against Defendant, Lorenzo Levi, SSN xxx-xx-4049, whose last known address is: PO Box 15192, Farmington, NM 87401, in the above cited action in the amount of $50.00 special assessment and $11,286.24 restitution until paid.  A balance of $8,361.08 remains outstanding.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from the date of this application, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt

interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

City of Farmington
City Attorney's Office: Attn - Carlotta - Legal Office
800 Municipal Drive
Farmington, NM 87401

Dated this 23rd day of June, 2007.

Respectfully submitted,

TROY A. EID
United States Attorney

By:   s/ Lisa A. Christian
LISA A. CHRISTIAN
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
303-454-0100
Fax: (303) 454-0404
Lisa.Christian@usdoj.gov
Attorneys for Plaintiff
United States of America