UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 96-cr-00172-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LORENZO LEVI,

    Defendant,

and

CITY OF FARMINGTON,

    Garnishee.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUL 30 2007**

GREGORY C. LANGHAM
              CLERK

## ANSWER OF THE GARNISHEE

_____William Cooke_____, BEING DULY SWORN DEPOSES AND SAYS:
      (Affiant)

**IF GARNISHEE IS AN INDIVIDUAL:** Garnishee herein is doing business in the name of _____.
    (State full name and address of business)

**IF GARNISHEE IS A PARTNERSHIP:** The names of the partners in the partnership are _____. The official title of the person completing this Answer is _____.

**IF GARNISHEE IS A CORPORATION:** The corporation is organized under the laws of the State of _____. The official title of the person completing this Answer is _____.

**IF GARNISHEE IS A STATE OR LOCAL GOVERNMENT ENTITY:** The official title of the person completing this Answer is <u>Deputy City Attorney</u>.

The Garnishee is an <u>Municipal Corporation</u>
(Agency, Department, etc.)
of <u>City of Farmington</u>.
(Name of Government Entity)

On _____, 20_____, Garnishee was served with the Writ of Continuing Garnishment for the pay period in effect on the date of service shown above.

Further, Affiant-Garnishee states as follows:

Yes No

_X_ ___   1. Defendant was/is in my/our employ.

_X_ ___   2. Pay period is _____ weekly, _X_ bi-weekly, _____ semi-monthly, ___ monthly. Enter date present pay period began _____. (Present means the pay period in which this Notice of Garnishment was served.) Enter date above pay period ends _____.

3. Enter amount of net wages. Calculate below:

| | |
|---|---|
| (a) Gross pay | $ 740.00 |
| (b) Federal Income Tax | $ 53.23 |
| (c) F.I.C.A. Income Tax/Medicare/SS | $ 56.61 |
| (d) State Income Tax | $ 20.14 |
| (e) State Statutory Withholding (Pera) | $ -0- |
| Total of tax withholdings | $ 129.98 |
| Net Wages (a less total of b, c, d and e) | $ 610.02 |

2

4. Are there currently garnishments in effect? (If the answer is yes, describe: ____-0-_____.

5. The Garnishee has custody, control or possession of the following property (non-earnings, pension, IRA, 401K, etc.) in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. -0- | | |
| 2. | | |
| 3. | | |
| 4. | | |

6. Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ -0- | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

_____   7. The Garnishee makes the following claim of exemption on the part of Defendant:

_____   8. Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

__X__   9. The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, Lorenzo Levi, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Lorenzo Levi at PO Box 15192, Farmington, NM 87401, and (2) the attorney for the United States, **LISA A. CHRISTIAN, Assistant U.S. Attorney, U.S. Attorney's Office, 1225 17th Street, Suite 700, Denver, CO 80202.**

_____
Garnishee & Telephone #
William Cooke
Deputy City Attorney
800 Municipal Drive
Farmington, NM 87401
(505) 599-1121

Subscribed and sworn to before me this

_____ day of _____ 20\_\_\_\_.

_____
Notary Public
(Seal)

My Commission expires: _____

4