```
                                                                    FILED
                                                           UNITED STATES DISTRICT COURT
                                                                DENVER, COLORADO
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO               AUG 9    2007
```

Criminal Action No. 96-cr-00172-ZLW             GREGORY C. LANGHAM
                                                                    CLERK

UNITED STATES OF AMERICA,

          Plaintiff,

v.

LORENZO LEVI,

          Defendant,

and

CITY OF FARMINGTON,

          Garnishee.

---

## ANSWER OF THE GARNISHEE
\* AMENDED \*

---

_____Adam Bell_____, BEING DULY SWORN DEPOSES AND SAYS:
    (Affiant)

**IF GARNISHEE IS AN INDIVIDUAL:** Garnishee herein is doing business in the name of _____.
    (State full name and address of business)

**IF GARNISHEE IS A PARTNERSHIP:** The names of the partners in the partnership are _____. The official title of the person completing this Answer is _____.

**IF GARNISHEE IS A CORPORATION:** The corporation is organized under the laws of the State of _____. The official title of the person completing this Answer is _____.

## IF GARNISHEE IS A STATE OR LOCAL GOVERNMENT ENTITY: The

official title of the person completing this Answer is __Assistant City Attorney__.

The Garnishee is an __Municipal Corpooration__
 (Agency, Department, etc.)
of __City of Farmington__.
 (Name of Government Entity)

On _____, 20____, Garnishee was served with the Writ of Continuing Garnishment for the pay period in effect on the date of service shown above.

Further, Affiant-Garnishee states as follows:

Yes No

__X__ ___   1. Defendant was/is in my/our employ.

__X__ ___   2. Pay period is _____ weekly, __X__ bi-weekly, _____ semi-monthly, ___ monthly. Enter date present pay period began _____. (Present means the pay period in which this Notice of Garnishment was served.) Enter date above pay period ends _____.

3. Enter amount of net wages. Calculate below:

(a) Gross pay                             $ __740.00__

(b) Federal Income Tax                    $ __53.23__

(c) F.I.C.A. Income Tax /Medicare/ SS.    $ __56.61__

(d) State Income Tax                      $ __20.14__

(e) State Statutory Withholding (Pera)    $ __-0-__

Total of tax withholdings                 $ __129.98__

Net Wages (a less total of b, c, d and e) $ __610.00__

**Based on an 80 hour work week, hours may vary, employment is temporary..

2

4. Are there currently garnishments in effect? (If the answer is yes, describe: __-0-__ .

5. The Garnishee has custody, control or possession of the following property (non-earnings, pension, IRA, 401K, etc.) in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1.  -0- | | |
| 2. | | |
| 3. | | |
| 4. | | |

6. Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ 152.50 | 8-10-07 |
| 2. $ 152.50 | 8-24-07 |
| 3. $ 152.50 | 9-07-07 |
| 4. $ 152.50 | 9-21-7 |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

3

_____ 7. The Garnishee makes the following claim of exemption on the part of Defendant:

_____ 8. Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

_____ 9. The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, _____, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Lorenzo Levi at PO Box 15192, Farmington, NM 87401, and (2) the attorney for the United States, **LISA A. CHRISTIAN, Assistant U.S. Attorney, U.S. Attorney's Office, 1225 17th Street, Suite 700, Denver, CO 80202.**

_(signature)_
_____
Garnishee & Telephone #

Adam Bell
Assistant City Attorney
800 Municipal Drive
Farmington, NM   87401
(505)599-1121

Subscribed and sworn to before me this

_6th_ day of _August_ 20_07_.

_(signature) Carlotta Rhode_
Notary Public
(Seal)

My Commission expires: _12/20/09_

4