UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 96-cr-00172-ZLW

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

LORENZO LEVI,

        Defendant,

  and

CITY OF FARMINGTON,

        Garnishee.

**MOTION FOR ENTRY OF GARNISHEE ORDER**

Plaintiff United States of America respectfully moves for entry of a Garnishee Order directed to CITY OF FARMINGTON, Garnishee. As grounds therefore, the United States advises as follows:

1. Upon application of the United States, the Clerk of the Court issued a Writ of Garnishment, directed to Garnishee, on June 25, 2007.

2. As set forth in the attached Declaration of Carolyn Dean, the Writ of Continuing Garnishment and the Application For Writ of Continuing Garnishment were sent to the Garnishee by certified mail, and the Garnishee received the documents on June 28, 2007. Dean Declaration, Ex. 1, ¶ 2; Certified Mail Receipt, Ex. 1.

3. The Application for Writ of Garnishment, Writ of Garnishment, and Clerk's Notice of Post-Judgment Garnishment, were mailed to the judgment debtor by certified

mail on July 3, 2007.  These documents notified defendant of the right to request, within twenty days, a hearing to determine exempt property.  Dean Decl., Ex. 1, ¶ 3.

4. The Garnishee filed an answer on July 30, 2007, and filed the amended answer on August 9, 2007, stating that it had in its possession or under its control personal property belonging to and due Defendant, and that it was indebted to Defendant in the form of wages.

5. Defendant has not filed a request for a hearing.

WHEREFORE, pursuant to 28 U.S.C. § 3205(c)(7), the United States respectfully requests that the Court enter a Garnishee Order directing the Garnishee to pay 25% of Defendant's disposable wages to the United States each pay period, continuing until the judgment debt is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant, or until further order of this Court.

Respectfully submitted,

TROY A. EID
United States Attorney

Dated: September 7, 2007

 *s/ Lisa A. Christian*
LISA A. CHRISTIAN
Assistant U. S. Attorney
1225  17th Street, Suite 700
Denver, CO 80202
Phone:  303-454-0100
Fax:  (303) 454-0404
Lisa.Christian@usdoj.gov

Attorneys for Plaintiff
United States of America

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following email addresses:

Lisa.Christian@usdoj.gov

      In addition, I hereby certify that I have mailed the document to the following non CM/ECF participants:

Lorenzo Levi
PO Box 15192
Farmington, NM 87499

City of Farmington
800 Municipal Drive
City Attorney's Office
Attn: Carlotta
Farmington, NM 87401

                                              s/ *Lisa A. Christian*
                                              LISA A. CHRISTIAN
                                              Office of the United States Attorney
                                              1225 17th Street, Suite 700
                                              Denver, Colorado 80202
                                              (303) 454-0100