DECLARATION OF CAROLYN DEAN

I, Carolyn Dean, declare:

1. I am employed by the U.S. Attorney's Office for the District of Colorado as a Debt Collection Agent. I have personal knowledge of the facts set forth below.

2. On June 26, 2007, I caused the Writ of Continuing Garnishment and the Application For Writ of Continuing Garnishment in the case of *U.S. v. Levi,* 96-cr-00172-ZLW, to be mailed by certified mail to the Garnishee, City of Farmington. The certified mail receipt was returned, and showed that the Garnishee received the package on June 28, 2007. (Ex. 1)

3. On July 3, 2007, I mailed the Application for Writ of Garnishment, Writ of Garnishment, and Clerk's Notice of Post-Judgment Garnishment to the judgment debtor by certified mail. These documents notified defendant of the right to request, within twenty days, a hearing to determine exempt property.

4. The defendant has not notified our office that he seeks a hearing on the garnishment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this declaration was executed at Denver, Colorado on September 1, 2007.

*s/ Carolyn Dean*
*CAROLYN DEAN*