**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.55 |

Postmark Here

SR 6/26/07

Sent To: City of Farmington
Street, Apt. No.; or PO Box No.: 800 Municipal Dr
City, State, ZIP+4: Farmington, NM 87401

7006 0100 0000 9879 3794

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City of Farmington
800 Municipal Dr
City Attorney's Office –
Attn. Carlotta
Farmington, NM 87401

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _C. Krech_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): J. Krech
C. Date of Delivery: 6/28/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0000 9879 3794

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | Postmark |
| Return Receipt Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.55 | 7/03/07 |

Sent To: Lorenzo Levi
Street, Apt. No.; or PO Box No.: Box 15192
City, State, ZIP+4: Farmington, NM 87499

7006 0100 0000 9879 3787

PS Form 3800, June 2002           See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lorenzo Levi
   Box 15192
   Farmington, NM
   87499

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Loreen Levi        ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Loreen Levi
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[JUL 11 2007 FARMINGTON NM postmark]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0000 9879 3787

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540