IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 96-cr-00172-ZLW

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

LORENZO LEVI,

       Defendant.

  and

CITY OF FARMINGTON,

       Garnishee.

## MOTION TO DISMISS WRIT OF GARNISHMENT

      Plaintiff, United States of America, by its undersigned attorneys, moves this Court for an order to dismiss the writ of garnishment filed June 25, 2007, against the above-named Defendant. As grounds therefor, Plaintiff states:

      1.  Judgment was entered herein on June 18, 1997, in the amount of $11,286.24.

      2.  A Writ of Garnishment was filed on June 25, 2007 against the Defendant's employer, City of Farmington.

      3.  The garnishment should be dismissed because employee is no longer working for this employer.

**WHEREFORE**, Plaintiff requests the Court to dismiss the Writ of Garnishment filed on June 25, 2007 in the above captioned case.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | TROY A. EID<br>United States Attorney |
| Dated: November 23, 2007    By: | s/ *Lisa A. Christian*<br>LISA A. CHRISTIAN<br>Assistant U. S. Attorney<br>1225  17th Street, Suite 700<br>Denver, CO 80202<br>303-454-0100 |
|  | Attorneys for Plaintiff<br>United States of America |

## CERTIFICATE OF MAILING

   I hereby certify that on November 23, 2007 I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following email addresses:

  Lisa.Christian@usdoj.gov

In addition, I hereby certify that I have mailed or faxed the document to the following non CM/ECF participants:

  City of Farmington
  City Attorney's Office: Attn - Carlotta - Legal Office
  800 Municipal Drive
  Farmington, NM 87401

  Lorenzo Levi
  PO Box 15192
  Farmington, NM 87401

            S/ *Lisa A. Christian*
            Office of the U.S. Attorney