IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 96-cr-00172-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LORENZO LEVI,

    Defendant.

  and

CITY OF FARMINGTON,

    Garnishee.

---

ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment filed on June 25, 2007 in this case is GRANTED.

ORDERED and entered this \_\_\_\_ day of _____, 2007.

                                        BY THE COURT:

                                        _____
                                        UNITED STATES DISTRICT JUDGE