IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 96-cr-00172-ZLW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LORENZO LEVI,

      Defendant, and

CITY OF FARMINGTON,

      Garnishee.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 28, 2007.**

      Plaintiff's Motion to Dismiss Writ of Garnishment [filed November 23, 2007; doc #59] is **granted**.  Because Mr. Levi is no longer an employee of the garnishee, the Writ of Garnishment filed on June 25, 2007 against the City of Farmington is dismissed.